UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HANCOCK BANK, a**
**Mississippi banking corporation,**

    **Plaintiff,**

v.                              Case No. 5:11-cv-339-RS-EMT

**JAMES A. BOYD, SR., NANCY G. BOYD,**
**JAMES A. BOYD, JR., CECELIA R. BOYD,**

    **Defendants.**
_____/

## FINAL JUDGMENT

The Order (Doc. 35) granted Plaintiff's Motion for Final Summary Judgment (Doc. 25). This Final Judgment is entered in favor of Plaintiff as follows:

1.  Defendants, JAMES A. BOYD, SR., NANCY G. BOYD, JAMES A. BOYD, JR., and CECELIA R. BOYD are indebted, jointly and severally, to the Plaintiff, HANCOCK BANK, for the following sums:

| | | |
|---|---|---|
| i. | PRINCIPAL | $7,318,975.03 |
| ii. | INTEREST | $457,435.94 |
| iii. | LATE CHARGES | $20,904.82 |
| iv. | APPRAISAL FEE & PHASE I ENVIRONMNTAL: | $13,500.00 |

1

v.     **TOTAL AMOUNT OWED:    $7,810,815.79**

2.     Plaintiff, HANCOCK BANK, 2510 14th Street, Gulfport, Mississippi 35901, shall have a total judgment in the amount of **$7,810,815.79** against Defendants, JAMES A. BOYD, SR., and NANCY G. BOYD, whose last known address is 3313 Harbour Place, Panama City, Florida, 32405, and against Defendants, JAMES A. BOYD, JR. and CECILIA R. BOYD, whose last known address is 206 S. Harris Avenue Panama City, Florida, 32401, jointly and severally.

3.     Plaintiff shall be entitled to recover post-judgment interest at the legal rate established by 28 U.S.C. § 1961 from the date of the judgment until paid.

4.     Plaintiff shall be entitled to recover its reasonable attorney's fees and costs incurred in the prosecution of this action, pursuant to the terms and conditions of the subject loans' documents attached to the respective complaints. This Court retains jurisdiction over this matter for the purpose of determining a reasonable amount of attorney's fees and costs to award to Plaintiff as the prevailing party in this consolidated action.

**ORDERED** on February 29, 2012.

                                                      **/s/ Richard Smoak**
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**